IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. _____ |
| v. | : | DATE FILED: _____ |
| CHARLES SATCHEL | : | VIOLATIONS:<br>18 U.S.C. § 2261A(2) (stalking – 1 count)<br>18 U.S.C. § 922(g)(1) (possession of<br>a firearm by a felon – 1 count)<br>Notice of forfeiture |
| | : | |

## INDICTMENT

### COUNT ONE

THE GRAND JURY CHARGES THAT:

From on or about May 2025 to on or about November 2025, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**CHARLES SATCHEL**,

with the intent to kill, injure, harass, and intimidate, and place under surveillance with intent to kill, injure, harass, and intimidate Victim 1, a person known to the grand jury, used an interactive computer service, electronic communication service, electronic communication system of interstate commerce, and a facility of interstate and foreign commerce to engage in a course of conduct, including (1) calling Victim 1 by telephone numerous times and threatening her and unknown acquaintances with physical injury and death, (2) arriving uninvited to Victim 1's block, following her vehicle to several locations, and impeding her movement by sitting on the hood of her vehicle while attempting to force Victim 1 to speak to him, (3) placing Victim 1 under surveillance at her home, and (4) blocking the entrance to Victim 1's home while armed

1

with a loaded semi-automatic pistol, that placed Victim 1 in reasonable fear of death and serious bodily injury to Victim 1 and caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to Victim 1.

        In violation of Title 18, United States Code, Sections 2261A(2)(A)-(B) and 2261(b)(3).

## COUNT TWO

THE GRAND JURY FURTHER CHARGES THAT:

On or about July 30, 2025, in Philadelphia, in the Eastern District of Pennsylvania, defendant

## CHARLES SATCHEL,

knowing he had previously been convicted in a court of the Eastern District of Pennsylvania of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Smith and Wesson M & P, .45 caliber semi-automatic pistol, bearing serial number NAW6865, loaded with 11 live rounds of .45 caliber ammunition, and the firearm was in and affecting interstate commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF FORFEITURE

THE GRAND JURY FURTHER CHARGES THAT:

As a result of the violation of Title 18, United States Code, Section 922(g)(1), set forth in this indictment, defendant

### CHARLES SATCHEL

shall forfeit to the United States of America all firearms and ammunition involved in the commission of such offense, including, but not limited to:

1. a SCCY CPX-1, 9mm semi-automatic pistol, bearing serial number C193277 Smith and Wesson M & P, .45 caliber semi-automatic pistol, bearing serial number NAW6865; and

2. 11 live rounds of .45 caliber ammunition.

All pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d).

**A TRUE BILL:**

███████████████

_____
**DAVID METCALF**
**United States Attorney**

4

No. _ _ _ _ _ _ _ _ _ _

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

<u>Criminal Division</u>

THE UNITED STATES OF AMERICA

vs.

CHARLE SATCHEL

INDICTMENT

Counts
**18 U.S.C. § 2261A(2) (stalking – 1 count)
18 U.S.C. § 922(g)(1) (possession of a firearm by a felon – 1 count)
Notice of forfeiture**

A true bill



Filed in open court this ___17th___ day,
of __December__ A.D. 2025

Bail, $ _____